IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | No. 1:15-cv-1109-STA-egb |
| S P MART, INC., BIK OIL, LLC, A-ONE ENTERPRISES, LLC, DELTA FUEL, LLC, SURINDER P. SINGH, and HARLEEN VIRK, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER CLOSING CASE ADMINISTRATIVELY**

On May 8, 2015 Plaintiff Thomas E. Perez, then the Secretary of the United States Department of Labor, initiated this action for injunctive relief against the Defendant employers under the Fair Labor Standards Act of 1938 (ECF No. 1). Defendants consented to the entry of a Permanent Injunction (ECF No. 21) against them on August 18, 2015. No other action has been taken in this matter.

Administratively closing a case is a case-management tool used by district courts to obtain an accurate count of active cases. *CitiFinancial Corp. v. Harrison*, 453 F.3d 245, 250 (5th Cir. 2006). That is, the court may close a case administratively for statistical purposes. *Corion Corp. v. Chen*, 964 F.2d 55, 56–57 (1st Cir. 1992); *see also Lehman v. Revolution Portfolio L.L.C.*, 166 F.3d 389 (1st Cir. 1999) (citations omitted) ("Th[is] method is used in various districts throughout the nation in order to shelve pending, but dormant, cases."). The court in *Lehman* "endorse[d] the

judicious use of administrative closings by district courts in circumstances in which a case, though not dead, is likely to remain moribund for an appreciable period of time." 166 F.3d at 392.

Consequently, the Clerk of Court is **DIRECTED** to close the case for statistical purposes. Nothing contained in this order shall be considered as a dismissal or disposition of this action. Should further proceedings become necessary, either party may initiate that proceeding in the same manner as if this order had not been entered.

It is so ORDERED**.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:   September 7, 2017